UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MATTHEW D. SWOSINSKI,

        Defendant.

CASE NO: 22-CR-20032

Hon. Shalina D. Kumar
United States District Judge

Hon. Curtis Ivy, Jr.
United States Magistrate Judge

### DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, Matthew D. Swosinski, defendant in the above-entitled cause, hereby acknowledge that I have received a copy of the indictment in this cause prior to pleading thereto, and I have read the same and understand its contents. I waive its being read aloud in open Court.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Counts 1 & 2: Imprisonment for a maximum of 10 years, to be followed by a term of supervised release of up to 3 years, and/or a fine of not more than $250,000.**

Dated: 9/26/2022

_____
MATTHEW D. SWOSINSKI
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Dated: 9/26/2022

JEROME SABOTTA
Attorney for Defendant